2011 VT 35

**In re Melvin B. NEISNER, Jr.**

[18 A.3d 581]

No. 11-127

¶ 1. April 5, 2011. The Professional Responsibility Board's recommendation that petitioner be reinstated as a member of the Vermont Bar, upon conditions, is accepted. Petitioner is reinstated as of the date of this order.